# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:   Peter Simon Luna & Kristel Rose Luna
Case No.

Case      7

Debtor

Attorney for Debtor: Gerald R. Velarde

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy  Rules, States that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
        (a) For legal services rendered or to be rendered in contemplation of and in connection with this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1191.
        (b) Prior to the filing of this statement, debtor(s) have paid. . . . . . . . . . . . . . . . . . $1191.
        (c) The unpaid balance due and payable is. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

3.      $_____299.00_____of filing fee in this case has been paid.

4.      The Service rendered or to be rendered include the following:
        (a)      Analysis of the Financial Situation, and rendering advice and assistance to the debtor(s) in determining  whether to file a petition under title 11 of the United Sates Code.
        (b)      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
        (c)      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments, made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
                None other

6.      The source of payments to be made be the debtor(s) to the undersigned for the unpaid balance remaining, if any,  will be from earnings, wages and compensation for services, performed, and
                None other

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following or the value stated, and
                None

8.      The undersigned has not shared or agreed to share with any other entity, other that with members of undersigned's law firm, any compensation paid or to be paid except as follows:
                None

Dated:May 5, 2008                                                    Respectfully Submitted,


                                                    _____
                                                    **Gerald R. Velarde**
                                                    **2531 Wyoming Blvd. NE**
                                                    **Albuquerque, NM 87112**