IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO,

| | | |
|---|---|---|
| IN RE: KRISTEL ROSE LUNA | : | CHAPTER: 7 |
| PETER SIMON LUNA | : | |
| AKA:KRISTEL LUNA | : | |
| | : | BANKRUPTCY NO: 08-11422-S7 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent is:

**eCAST Settlement Corporation**
**POB 35480**
**Newark NJ 07193-5480**


By:   /s/Gilbert B. Weisman
      _____
      Gilbert B Weisman Esquire PA59872
      Attorney/Agent for creditor
      POB 3001
      MALVERN PA 19355-0701
      PHONE:  (610) 644-7800
      FAX  :  (610) 993-8493
      EMAIL:  notices@becket-lee.com

      DATE: May 16, 2008

PET: 05/05/2008