UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re: Peter Simon Luna  and,  Case No. 7-08-11422 s
Kristel Rose Luna,

Debtors.

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND STATEMENT OF
CURRENT MONTHLY INCOME**

Peter Simon Luna and Kristel Rose Luna, Debtors herein, request a Nine (9) day extension of time in which to file the Schedules, Statement of Financial Affairs and Statement of Current Monthly Income in this Chapter 7 Bankruptcy, and for cause states:

1. The Chapter 7 Petition was filed on May 5, 2008 with a deadline for filing the Schedules, Statement of Financial Affairs and Statement of Current Monthly Income on May 20, 2008. The Schedules, Statement of Financial Affairs and Statement of Current Monthly Income were not be filed by that time.

2. The Section 341 Meeting of Creditors is scheduled for June 6, 2008 at 9:15 am. Debtors request an extension of time until May 29, 2008 to file the Schedules, Statement of Financial Affairs and Statement of Current Monthly Income.

**WHEREFORE,** Peter Simon Luna and Kristel Rose Luna, debtors herein, request an extension of time consisting of Nine (9) days from the original deadline, until May 29, 2008 in which to file the Schedules, Statement of Financial Affairs and Statement of Current Monthly Income and for such other and further relief to which they may show themselves justly entitled.

Respectfully Submitted,

Law Office of Gerald R. Velarde, P.C.
/s/ filed electronically 5/20/08
Gerald R. Velarde
2531 Wyoming Blvd NE
Albuquerque, NM 87112
(505) 248-1828

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading has been served electronically on the following persons pursuant to local rule this 20th day of May 2008.

/s/ filed electronically 5/20/08
Gerald R. Velarde

Michael J. Caplan    michaelcaplanlaw@qwest.net, tgarciacaplanlaw@qwest.net; mcaplan@ecf.epiqsystems.com

United States Trustee    ustpregion20.aq.ecf@usdoj.gov