# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In re:

Kristel R. Luna
Peter Simon Luna
      Debtors.                                       Case No. 08-11422-s7

## NOTICE OF DEADLINE FOR FILING OBJECTIONS TO
## MOTION FOR RELIEF FROM STAY AND TO ABANDON PROPERTY

      Enclosed is a copy of the Motion for Relief from Stay and to Abandon Property ("Motion") filed on behalf of **U.S. Bank National Association, as Trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1** ("Creditor"). If you object to this Motion, you must file the original and one (1) copy of your written objection with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, Tenth Floor, 500 Gold Avenue SW, PO Box 546, Albuquerque, NM 87103-0546, **WITHIN TWENTY (20) DAYS FROM THE DATE OF MAILING OF THIS NOTICE**. If you are an attorney, you must electronically file your objection. You must serve a copy of that objection on Creditor, upon the attorney for Creditor, whose name and address appear below, and the Trustee, Michael J. Caplan.

      If objections are timely filed, a preliminary hearing to consider them will be set before the Honorable James S. Starzynski on a trailing docket in room 13102, 13th floor, in the Dennis Chavez Federal Building and U.S. Courthouse, Albuquerque, New Mexico. **Note**: Counsel, including in-town counsel, may appear via telephone if a faxed request is received in the Court's Chambers no later than 5:00 p.m. (MT), on the business day prior to the day of the hearing. For this purpose only, requests to appear via telephone may be faxed to (505) 348-2432.

      If no objections are timely filed, and if counsel for Creditor submits a default order, the Court may enter said default order.

      Inquiries regarding this matter should be directed to the attorney for Creditor, whose name, address and telephone number are:

                                  CASTLE MEINHOLD & STAWIARSKI

                                  <u>s/ filed electronically</u>
                                  Sharon Hankla
                                  Karen Howden Weaver
                                  Attorney for Secured Creditor
                                  999 18th St., Suite 2201, Bin 1
                                  Denver, CO 80202
                                  (303) 285-2222  (800) 286-0013

## CERTIFICATE OF MAILING

I certify that on June 4, 2008, I mailed a copy of this notice to all parties listed below.

<u>Attorney for Debtors</u>
Gerald R. Velarde
2531 Wyoming Blvd NE
Albuquerque, NM 87112-1027

<u>Trustee</u>
Michael J. Caplan
827 East Santa Fe Ave
Grants, NM 87020-2458

<u>Debtors</u>
Kristel Rose Luna
1004 Tierra Viva Court, NW
Albuquerque, NM 87107

Peter Simon Luna
1004 Tierra Viva Court, NW
Albuquerque, NM 87107

s/ filed electronically
Salvatore Clemente

07-1458/Luna, Kristel R.