# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE  Peter Simon Luna and
       Kristel Rose Luna.　　　　　　　　　CASE NO. 7-08-11422-SA

      DEBTOR(S).

## NOTICE OF CHANGE OF ADDRESS

The Debtors herein give the Court and the Chapter 7 Trustee notice of their change of address. The Debtor's new address is:

            2404 Rozinante Dr. NW
            Albuquerque, NM 87104

Any future correspondence from the Court or the Trustee to the Debtors should be sent to the above address.

Dated: June 26, 2008　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ filed electronically
Attorney for Debtor:　　　　　　　　　　　Gerald R. Velarde
　　　　　　　　　　　　　　　　　　　　　　The Law Office of Gerald R. Velarde, PC
　　　　　　　　　　　　　　　　　　　　　　2531 Wyoming Blvd. NE
　　　　　　　　　　　　　　　　　　　　　　Albuquerque, NM 87112
　　　　　　　　　　　　　　　　　　　　　　(505) 248-1828

**Service List:**

U.S. Trustee　　　　ustpregion20.aq.ecf@usdoj.gov